PFE/MAR: August 2022
GJ#12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Case No.: |
| ) | |
| KENNETH RASHAAD ROBERTSON ) | |

## INDICTMENT

**COUNT ONE:**  [18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about the 7th day of April 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**KENNETH RASHAAD ROBERTSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 9mm pistol, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1). **ROBERTSON** was convicted on November 2, 2012, in the Circuit Court of Tuscaloosa County, Alabama, of the offense of Unlawful Possession of Marijuana, First Degree, in case number CC-2012-1977; and was convicted on October 22, 2015, in the Circuit Court of Tuscaloosa County,

Alabama, of the offense of Unlawful Possession of Marijuana, First Degree, in case number CC-2015-2605; and was convicted on October 20, 2016, in the Circuit Court of Tuscaloosa County, Alabama, of the offense of Unlawful Possession of Marijuana, First Degree, in case numbers CC-2016-2424 and CC-2016-2425, each of the said offenses being a crime punishable by a term of imprisonment exceeding one year.

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
MICHAEL A. ROYSTER
Assistant United States Attorney